# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WALTER A. FOLEY, JR. & JACQUELINE R. FOLEY        Case Number: 07-71370
4978 CHRISTY CIRCLE                SSN-xxx-xx-9094 & xxx-xx-1077
ROCKFORD, IL  61114

Case filed on: 6/5/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $300.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 280.50 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 280.50 | 0.00 |
| 999 | WALTER A. FOLEY, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ACCOUNT RECOVERY SERVICES | 102.30 | 102.30 | 0.00 | 0.00 |
| 002 | CREDITORS BANKRUPTCY SERVICE | 493.23 | 493.23 | 0.00 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTORNEY ALBERT ALTAMORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BIEHL & BIEHL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | C & M MEDICAL SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHECK IT | 317.20 | 317.20 | 0.00 | 0.00 |
| 009 | CLEARCHECK | 129.11 | 129.11 | 0.00 | 0.00 |
| 010 | COMED CO | 692.33 | 692.33 | 0.00 | 0.00 |
| 011 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | EUGENE & MARK KLUIZO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST NATIONAL COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PREMIER BANKCARD/CHARTER | 498.14 | 498.14 | 0.00 | 0.00 |
| 016 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 1,717.84 | 1,717.84 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 889.00 | 889.00 | 0.00 | 0.00 |
| 022 | SCHNUCKS MARKETS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | COTTONWOOD FINANCIAL | 302.21 | 302.21 | 0.00 | 0.00 |
| 025 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,141.36 | 5,141.36 | 0.00 | 0.00 |
|  | Grand Total: | 8,141.36 | 8,141.36 | 280.50 | 0.00 |

Total Paid Claimant:      $280.50
Trustee Allowance:        $19.50            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00     discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan